**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-7169**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

LORENZO GRODE MARTIN,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:00-cr-00226-TSE)

———————

Submitted:  January 19, 2010     Decided:  January 27, 2010

———————

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lorenzo Grode Martin, Appellant Pro Se.  William Neil Hammerstrom, Jr., Lawrence Joseph Leiser, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Grode Martin appeals the district court's order granting in part and denying in part his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Martin</u>, No. 1:00-cr-00226-TSE (E.D. Va. June 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>